**WEINTRAUB & SELTH, APC**
Daniel J. Weintraub - Bar #132111
James R. Selth – Bar #123420
Elaine V. Nguyen- Bar #256432
11766 Wilshire Blvd., Suite 1170
Los Angeles, CA 90025
Telephone: (310) 207-1494
Facsimile: (310) 442-0660
Email:      elaine@wsrlaw.net

Attorneys for Plaintiff, ENIKO FIGUEROA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENIKO FIGUEROA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GMAC MORTGAGE USA CORPORATION; DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE FOR RALI 2007QS9; EXECUTIVE TRUSTEE SERVICES D/B/A ETS SERVICES, LLC; and Does 1 – 10, inclusive,<br><br>Defendants. | Case No. CV-12-6850- R (SHx)<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO REOPEN ACTION DUE TO FAILURE TO CONSUMMATE SETTLEMENT**<br><br>Date: December 17, 2012<br>Time: 10:00 AM<br>Ctrm: 8<br><br>Action Filed: August 9, 2012<br><br>Order Closing Case Entered: October 11, 2012 |

-1-

**TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Plaintiff Eniko Figueroa ("Plaintiff") hereby withdraws its *Motion to Reopen Action Due To Failure to Consummate Settlement* Docket #15 (the "Motion") because the parties have consummated a settlement. Plaintiff respectfully requests that the Court vacate the hearing on the Motion currently set for December 17, 2012.

Dated: December 10, 2012

Respectfully submitted,

WEINTRAUB & SELTH, APC

By: /s/ Elaine V. Nguyen

Daniel J. Weintraub
James R. Selth
Elaine V. Nguyen
Attorneys for Plaintiff,
ENIKO FIGUEROA

# PROOF OF SERVICE

**Figueroa v. GMAC Mortgage USA Corporation, et al; Case No. 2:12-cv-06850 R (SHx)**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 11766 Wilshire Blvd., Suite 1170, Los Angeles, CA 90025. On November 9, 2012, I served the following document(s) by the method indicated below:

**NOTICE OF WITHDRAWAL OF MOTION TO REOPEN ACTION DUE TO FAILURE TO CONSUMMATE SETTLEMENT**

[ x ]   BY CM/ECF ELECTRONIC DELIVERY: In accordance with the registered case participants and in accordance with the procedures set forth at the United States District Court, Central District of California website www.ecf.cacd.uscourts.gov

[ ]   by transmitting via facsimile on this date from fax number (310) 442-0660 the documents listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal.R.Ct 2003(3).

[X]   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, via Certified Mail return receipt requested, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date on postage meter date is more than one day after the date of deposit in this Declaration.

[ ]   by placing the documents(s) listed above in sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

| | |
|---|---|
| SUZANNE M. HANKINS<br>KERRY W. FRANICH<br>SEVERSON & WERSON, A Professional Corporation<br>19100 Von Karman Avenue, Suite 700<br>Irvine, California 92612 | Attorneys for Defendants<br>GMAC MORTGAGE, LLC, DEUTSCHE BANK TRUST COMPANY AMERICAS, as Trustee for RALI 2007QS9, and EXECUTIVE TRUSTEE SERVICES, LLC, dba ETS Services, LLC |

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on December 10, 2012, at Los Angeles, California.

/s/ Elaine V. Nguyen

Elaine V. Nguyen